IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATALY LUNA-ACOSTA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:25-CV-00008-O |
| § | |
| TARRANT COUNTY COLLEGE § | |
| DISTRICT § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Defendant's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(5) is **DENIED**.

2. Defendant's Motion to Dismiss Plaintiff's disability discrimination, failure to accommodate, and retaliation claims under the Americans with Disabilities Act is **GRANTED**, and because these claims are time barred, they are **DISMISSED with prejudice**.

3. Plaintiff's claims for disability discrimination and hostile work environment under the Texas Labor Code are **DISMISSED without prejudice**. Accordingly, Defendant's Motion to dismiss these claims is **DENIED as moot**.

4. The clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **19th** day of **November, 2025.**

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE